F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
RUDERMAN & KNOX, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:      (916) 563-0100
Facsimile:       (916) 563-0114

Attorneys for Plaintiff
ROBERT CASTANEDA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT CASTANEDA, JR., | No. 2:14-cv-02873-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |
| v. | |
| JASON WILSON, ET AL., | |
| Defendants | |

The case management conference in this case is scheduled for Friday, May 1, 2015. The parties are finalizing the settlement of this matter and therefore stipulate to vacate the case management conference on the grounds that it is unnecessary. The parties intend to request dismissal of the entire case by May 15, 2015.

1

1
2    Dated:  April 27, 2015                    Respectfully submitted,
3
4                                              **RUDERMAN & KNOX**
5
                                                  /S/ COLLEEN SNYDER
6                                              COLLEEN SNYDER
                                               Attorney for Plaintiff Robert Castaneda, Jr.
7
8                                              **EVANS, WIECKOWSKI, WARD &**
                                               **SCOFFIELD, LLP**
9
10                                                /S/ CAROL WIECKOWSKI
                                               CAROL WIECKOWSKI
11                                             Attorney for Defendants Jason Wilson and
                                               Stephen Williams
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The May 1, 2015 Status (Pretrial Scheduling) Conference is vacated; and

2. The parties shall file either a stipulation of dismissal or a joint status report on or before May 15, 2015.

Dated:  April 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
castaneda2873.stip.cont.sc.doc

3