F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
RUDERMAN & KNOX, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:      (916) 563-0100
Facsimile:       (916) 563-0114

Attorneys for Plaintiff
ROBERT CASTANEDA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CASTANEDA, JR., | No. 2:14-cv-02873 DAD |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| v. | |
| JASON WILSON, ET AL., | |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 41(a), and a settlement agreement, the Parties, by and through their undersigned counsel, hereby stipulate and agree that the Complaint in the above-entitled case be dismissed with prejudice.

Stipulation and [Proposed] Order to Dismiss
Case No. 2:14-cv-02873- DAD

1

| | |
|---|---|
| Dated: May 12, 2015 | Respectfully submitted, |

**RUDERMAN & KNOX**

　/S/ COLLEEN SNYDER
COLLEEN SNYDER
Attorney for Plaintiff Robert Castaneda, Jr.

**EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP**

　/S/ CAROL WIECKOWSKI
CAROL WIECKOWSKI
Attorney for Defendants Jason Wilson and Stephen Williams

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: May 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
castaneda2873.stip.dism.ord.doc